Joseph M. Marchini         #082427
Christopher L. Campbell   #106329
David E. Holland            #160970

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for   Area I Defendants and Area I Cross-Complainants

SUPERIOR COURT OF CALIFORNIA

COUNTY OF FRESNO, CENTRAL DIVISION

| | |
|---|---|
| JEAN P. SAGOUSPE, DIANE E. SAGOUSPE, JEAN J. SAGOUSPE III, JULIE L. SAGOUSPE dba TRIPLE J PARTNERS II, GENTLE FARMS, sole proprietorship, and DOUBLE B FARMS, a partnership,<br><br>        Plaintiffs,<br><br>   v.<br><br>WESTLANDS WATER DISTRICT, a California Water District, ROSS BORBA, an individual, U.S. TRUST COMPANY OF CALIFORNIA, N.A., in its capacity as trustee of Westhaven Trust, and WESTHAVEN TRUST,<br><br>        Defendants.<br><br>ROSS BORBA, U.S. TRUST COMPANY OF CALIFORNIA, N.A., trustee of WESTHAVEN TRUST, BOSTON RANCH COMPANY, EDWIN R. O'NEILL, FRANK ORFF, Y. STEPHEN PILIBOS,<br><br>        Cross-Complainants,<br><br>   v.<br><br>JEAN P. SAGOUSPE, DIANE E. SAGOUSPE, JEAN J. SAGOUSPE III, JULIE L. SAGOUSPE, TRIPLE J PARTNERS II, GENTLE FARMS, WILLIAM R. GENTLE, DOUBLE B FARMS, VISTA VERDA | Case No. 1:01-cv-6342 OWW LJO<br><br>SUBSTITUTION OF ATTORNEYS |

SUBSTITUTION OF ATTORNEYS

FARMS, PRICE GIFFEN & ASSOCIATES, )
JIM LOWE, INC., WOOLF FARMING )
COMPANY OF CALIFORNIA, INC., PEREZ )
RANCHES, INC., WESTLANDS WATER )
DISTRICT, DISTRIBUTION DISTRICT NO. 1)
and UNITED STATES OF AMERICA, )
DEPARTMENT OF THE INTERIOR, )
BUREAU OF RECLAMATION, )
 )
               Cross-Defendants. )
_____ )

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

        Defendants and Cross-Complainants ROSS BORBA, TED D. SHEELY (AZCAL), JOHN HOWE (WESTLAKE FARMS), BOSTON RANCH COMPANY, EDWIN R. O'NEILL (TRINITY FARMS), FRANCIS A. ORFF (FRANCIS A. ORFF LIVING TRUST), and Y. STEPHEN PILIBOS (THE STEPHEN PILIBOS FAMILY TRUST) in the above-entitled action hereby substitute Baker, Manock & Jensen, in place of and instead of Smiland, Khachigian & Chester, 601 West 5th Street, Suite 700, Los Angeles, California 90071.

        The new address of record is:  Baker, Manock & Jensen, 5260 North Palm Avenue, Suite 421, Fresno, California 93704; telephone (559) 432-5400; Facsimile (559) 432-5620.

        The undersigned consent to this substitution.

DATED:    __July 13____, 2006          _____/s/_____
                                                      ROSS BORBA

DATED:    _June 22_____, 2006          _____/s/_____
                                                        TED. D. SHEELY, individually and on behalf of
                                                        AZCAL

DATED:    ___June 23___, 2006          _____/s/_____
                                                        JOHN HOWE, individually and on behalf of
                                                        WESTLAKE FARMS

DATED: _____, 2006        BOSTON RANCH COMPANY

By_____/s/_____
     Thomas R. Hurlbutt_____

DATED: \_\_June 23\_\_\_, 2006

_____/s/_____
EDWIN R. O'NEILL, individually and on behalf of TRINITY FARMS

DATED: \_\_July 25\_\_\_, 2006

_____/s/_____
FRANCIS A. ORFF, individually and as Trustee of the FRANCIS A. ORFF LIVING TRUST

DATED: \_\_July 20\_\_\_, 2006

_____/s/_____
Y. STEPHEN PILIBOS, individually and as Trustee of the STEPHEN PILIBOS FAMILY TRUST

The undersigned consents to the above substitution.

SMILAND, KHACHIGIAN & CHESTER

DATED: \_\_June 26\_\_\_, 2006        By_____/s/_____
                                         William M. Smiland

The undersigned accepts this substitution

BAKER, MANOCK & JENSEN

DATED: \_\_July 20\_\_\_\_, 2006        By_____/s/_____
                                         Christopher L. Campbell

K:\OWW\Stipulations\01cv6342.subatty.wpd

1  IT IS SO ORDERED.
2
3  IT IS SO ORDERED.
4  **Dated:   October 19, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                     UNITED STATES DISTRICT JUDGE